

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Arthur Baxley, Appellant

No. 06-15-00095-CR        v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1424312). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the punishment imposed on appellant was two years' incarceration. As modified, the judgment of the trial court is affirmed.

We note that the appellant, James Arthur Baxley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk